NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

SHAWN CHARLES GOFF, *Petitioner*.

No. 1 CA-CR 25-0343 PRPC

FILED 03-26-2026

Petition for Review from the Superior Court in Maricopa County
No. CR2001-009261
The Honorable Jo Lynn Gentry, Judge (*Retired*)

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Shawn Charles Goff, Buckeye
*Petitioner*

**MEMORANDUM DECISION**

Judge Jennifer M. Perkins, Presiding Judge Michael S. Catlett, and Judge
Angela K. Paton delivered the following decision.

**PER CURIAM**:

**¶1**        Petitioner Shawn Charles Goff seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.17 and Arizona Revised Statutes Section 13-4240. This is Goff's third petition.

**¶2**        We will not disturb a superior court's ruling on a petition for post-conviction relief absent an abuse of discretion or legal error. *See State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). Goff has the burden to show that the superior court erred in denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011).

**¶3**        We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. The petitioner has not established error.

**¶4**        We grant review but deny relief.



MATTHEW J. MARTIN • Clerk of the Court
**FILED**:        JR